# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| GLORIA HARDEMON, | ) | NO.:  09-21014 |
| | ) | |
| DEBTOR. | ) | JUDGE:  A. BENJAMIN GOLDGAR |

## NOTICE OF MOTION

TO:   William T. Neary, Office of the U.S. Trustee, 219 S. Dearborn, Room 873, Chicago, IL 60604
GLORIA HARDEMON, 244 E. 14th Street, Chicago, IL 60605

& ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that I shall appear before the Honorable A. BENJAMIN GOLDGAR in the Courtroom 613 in the U.S. Courthouse at 219 South Dearborn Street, Chicago, Illinois on August 24, 2009 at 9:30 a.m. and then and there present the attached Motion.

__/s/ *Debra J. Vorhies Levine*____
DEBRA J. VORHIES LEVINE;

## AFFIDAVIT OF SERVICE

The undersigned attorney hereby certifies that she served a copy of the attached motion and this Notice of Motion on the above named person(s) by placing a copy of same in an envelope addressed as stated above, postage prepaid, and placing same in the U.S. Mail on August 14, 2009 before 5:00 p.m.

_____/s/ *Debra J. Vorhies Levine*_____
DEBRA J. VORHIES LEVINE

Debra Vorhies Levine
LAW OFFICES OF DEBRA V. LEVINE
53 W. Jackson Blvd., Suite 404
Chicago, IL  60604
(312) 259-5970
#6239484

## SERVICE LIST

| | | |
|---|---|---|
| Americollect<br>Pob 1566<br>Manitowoc, WI 54221 | Amex<br>P.O. Box 981537<br>El Paso, TX 79998 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 |
| Bachomeloans<br>450 American St<br>Simi Valley, CA 93065 | Bally Total Fitness<br>12440 E Imperial Hwy #30<br>Norwalk, CA 90650 | Bk Of Amer<br>4060 Ogletown/Stan<br>Newark, DE 19713 |
| Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Chase<br>Bank One Card Serv<br>Westerville, OH 43081 | Chryslr Fin<br>P.O. Box 9223<br>Farmington Hil, MI 48333 |
| Citi<br>Pob 6241<br>Sioux Falls, SD 57117 | City of Chicago<br>Department of Water<br>33 S. State Street, Suite LL10<br>Chicago, IL 60604-3979 | Commonwealth Edison & Co.<br>System Credit/Bankruptcy<br>Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040 | Harris N.A.<br>111 W Monroe<br>Chicago, IL 60603 |
| Illinois Collection Se<br>8231 185th St Ste 100<br>Tinley Park, IL 60487 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn St.<br>Chicago, IL 60604 | National City<br>1 National City Pkwy<br>Kalamazoo, MI 49009 |
| Nbgl-Carsons<br>140 W Industrial Dr<br>Elmhurst, IL 60126 | Northern Trust<br>P.O. Box 75965<br>Chicago, IL 60675-5965 | Peoples Engy<br>130 E Randolph<br>Chicago, IL 60601 |
| Peoplesene<br>130 E. Randolph Drive<br>Chicago, IL 60601 | Rnb-Fields3<br>Po Box 9475<br>Minneapolis, MN 55440 | Sallie Mae<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 |

Sears/Cbsd  
Po Box 6189  
Sioux Falls, SD 57117  

Shore Bk  
7936 S Cottage Gro  
Chicago, IL 60619  

Shore Bk  
7936 S. Cottage Grove  
Chicago, IL 60619  

Wfnnb/Roomplace  
Po Box 2974  
Shawnee Mission, KS 66201  

Wfnnb/Service Merch Pr  
Po Box 2974  
Shawnee Mission, KS 66201  

Commonwealth Edison & Co.  
Veronica Gomez as registered agent  
10 S. Dearborn, 49th Floor  
Chicago, IL 60603  

Peoples Gas, Light & Coke Company  
Timothy P. Walsh as registered agent  
130 E. Randolph Dr.  
Chicago, IL 60601  

United States Attorney  
219 South Dearborn Street  
Chicago, IL 60604  

Internal Revenue Service  
Mail Stop 5010 CHI  
230 S. Dearborn Street  
Chicago, IL 60604  

Associate Area Counsel SB/SE  
Internal Revenue Service  
Suite 2300  
200 West Adams Street  
Chicago, IL 60606-5208  

D. Patrick Mullarkey  
Tax Division (DOJ)  
P.O. Box 55  
Ben Franklin Station  
Washington, D.C. 20044

**Chrysler Financial Services Americas, L.L.C.**
 **f/k/a Daimler Chrysler Financial Services Americas, L.L.C.**
c/o Riezman Berger, P.C.
7700 Bonhomme Ave.
7th Floor
St. Louis, Mo 63105

**Kathryn A Klein**
Riezman Berger PC
7700 Bonhomme
7th Floor
St Louis, MO 63105

**Daniel Rubin, attorney for Harris Bank**
Statman Harris Eyrich
200 W. Madison St. Suite 3820
Chicago, IL 60654

Shorebank Corporation
David J. Oser as registered agent
7054 S JEFFERY BLVD
Chicago, IL 60649

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| GLORIA HARDEMON, | ) | NO.:  09-21014 |
| | ) | |
| DEBTOR. | ) | JUDGE:  A. BENJAMIN GOLDGAR |

## **DEBTOR'S MOTION TO ALLOW INTERIM USE OF CASH COLLATERAL**

NOW COMES GLORIA HARDEMON, by and through her attorney, Debra V. Levine and moves this Honorable Court to enter an order pursuant to Section 363 of the Bankruptcy Code, Rule 4001(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 4001-2 for authority to use cash collateral and in support thereof states as follows

1. On June 9, 2009 Debtor filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division seeking to reorganize under Chapter 11 of the Bankruptcy Code.

2. Debtor is now operating as a debtor in possession. No trustee, examiner, or committee of unsecured creditors has been appointed to serve in this case.

3. Debtor is an individual presently residing at 244 E. 14th Street, Chicago, IL 60605. She is a real estate developer, owning and managing properties in the Chicago Metro area.

4. Through this Motion Debtor is seeking to use the cash collateral of the following three income-producing, investment properties that are encumbered by the mortgages and assignment of rents of Shorebank to pay the ordinary and necessary operating expenses of these properties pursuant to 11 U.S.C. §363. These properties are in good condition, fully insured against loss, and not subject to "waste" that would reduce the value of these properties during this bankruptcy case.  Also, as reflected in the Schedules of the Debtor these properties have substantial value in excess of the amount due to this credit facility, and thus an "equity cushion" exists, which in itself, adequately protects the interest of Shorebank pursuant to sections 361 and 362 of the Bankruptcy Code:

A.  8128-30 S. Maryland, Chicago, Illinois.

This property is a multi unit apartment building consisting of three four-room, one-bedroom, one bath units and three five-room, two bedroom, one bath units. Shorebank holds two mortgages on the property. The building currently has five tenants and one vacant unit.  On September 26, 2006 Shorebank recorded a mortgage against this property as document number 0626941033 and an Assignment of Rents as document number 0626941034 with the recorder of Deeds to secure the payment of the principal indebtedness of $250,000. On December 4, 2008 Shorebank recorded a second mortgage against this property as document number 0834008076 and an Assignment of Rents as document number 0833957061 with the recorder of Deeds to secure the payment of the principal indebtedness of $100,000. As of the date of the filing of the petition the amount due to Shorebank for the indebtedness on the first mortgage was approximately $235,000.  As of the date of the filing of the petition the amount due to Shorebank for -the indebtedness on the second mortgage was approximately $100,000.  Currently, this property generates $3,075 in monthly rents and has monthly expenses of $3,075. The breakdown of income and expenses of this property is set forth in Exhibit A, attached hereto and made a part hereof.

B.  8527 S. Stony Island, Chicago, Illinois

This property is a piece of commercial real estate containing eight offices with two separate entrances, each with a small reception area. The building is presently at capacity with three tenants.  Shorebank holds two mortgages on this property. On August 23, 2005 Shorebank recorded a first mortgage against this property as document number 0523514082 and an Assignment of Rents as document number 0523514083 with the recorder of Deeds to secure the payment of the principal indebtedness of $205,000. On March 12, 2007 Shorebank recorded a second mortgage against this property as document number 0707147087_and an Assignment of Rents as document number 0707147088 with the recorder of Deeds to secure the payment of the principal indebtedness of $125,000. As of the date of the filing of the petition the amount due to Shorebank for the indebtedness on the first mortgage was

approximately $185,000.  As of the date of the filing of the petition the amount due to Shorebank for the indebtedness on the second mortgage was approximately $119,000.  Currently this property generates $3,700 in monthly rent and has monthly expenses of $3,700. The breakdown of income and expenses of this property is set forth in Exhibit B, attached hereto and made a part hereof.

;and

C.  321-27 E. 39th Street, Chicago, Illinois.

This property is a commercial building with a gated a paved parking lot.  The building itself contains four storefronts, three of which are 900 square feet each and one which is 1800 square feet. The building presently has one tenant and three vacant units.  Shorebank holds two mortgages on the property. On August 23, 2005 Shorebank recorded a first mortgage against this property as document number 0623541062 and an Assignment of Rents as document number 0623541063 with the recorder of Deeds to secure the payment of the principal indebtedness of $440,000. On November 19, 2008 Shorebank recorded a second mortgage against this property as document number 0832408090 and an Assignment of Rents as document number 0832408089 with the recorder of Deeds to secure the payment of the principal indebtedness of $50,000. As of the date of the filing of the petition the amount due to Shorebank for the indebtedness on the first mortgage was approximately $422,000. As of the date of the filing of the petition the amount due to Shorebank for the indebtedness on the second mortgage was approximately $50,000.  Currently, this property generates $2,088 in monthly rents and has monthly expenses of $2,538. The breakdown of income and expenses of this property is set forth in Exhibit C, attached hereto and made a part hereof.

5. Other than through the use of the rent proceeds described in paragraph 4 of this Motion, presently the Debtor lacks funds with which to pay the ordinary and necessary operating expenses of these properties.. The Debtor is unable to acquire an unsecured loan for the purposes of funding this administration, and for that matter is unable to acquire funding from any source on any reasonable secured or unsecured

basis.

6. To assist the Debtor in her reorganization, and specifically to preserve the value of these properties (including to maintain the habitability of these properties for the tenants occupying and paying rent), the Debtor requires the use of the rent proceeds generated from these properties in the approximate amounts set forth in the budgets, one for each property, attached hereto as Exhibits A, B, & C.  Further, the Debtor will suffer immediate and irreparable harm without the immediate use of this cash collateral.

7. As and for adequate protection of Shorebank's interest in  8128-30 S. Maryland in Chicago, Illinois and its rents(in addition to any "equity cushion" existing), the Debtor proposes:

    (a) Shorebank be granted valid and perfected replacement liens in 8128-30 S. Maryland to the same extent and with the same priority as held prepetition.

    (b) The Debtor shall maintain adequate property insurance on 8128-30 S. Maryland with Shorebank as a lienholder and loss payee.

    (c) Beginning July 1, 2009 and on the 1st of each month thereafter, the Debtor shall make an adequate protection payment to Shorebank in an amount totaling $1985.00 for both mortgages

8. As and for adequate protection of Shorebank's interest in  8527 S. Stony Island in Chicago, Illinois (in addition to any "equity cushion" existing) and its rents, the Debtor proposes:

    (a) Shorebank be granted valid and perfected replacement liens in 8527 S. Stony Island to the same extent and with the same priority as held prepetition.

    (b) The Debtor shall maintain adequate property insurance on 8527 S. Stony Island with Shorebank as a lienholder and loss payee.

    (c) Beginning July 1, 2009 and on the 1st of each month thereafter, the Debtor shall make an adequate protection payment to Shorebank in the

amount of the regular mortgage payments totaling $3,450.00.

9. As and for adequate protection of Shorebank's interest in 321-27 E. 39th Street in Chicago, Illinois and its rents(in addition to any "equity cushion" existing), the Debtor proposes:

    (a) Shorebank be granted valid and perfected replacement liens in 321-27 E. 39th Street to the same extent and with the same priority as held prepetition.

    (b) The Debtor shall maintain adequate property insurance on 321-27 E. 39th Street with Shorebank as a lienholder and loss payee.

    (c) Beginning July 1, 2009 and on the 1st of each month thereafter, the Debtor shall make an adequate protection payment to Shorebank in the amount of $2,088.00.

10. The Debtor needs immediate use of the funds to insure that her properties are running smoothly and efficiently and therefore requests that an interim order be entered until such time as a final hearing may be held on the matter.

11.. For the reasons set forth herein, this Honorable Court should grant the relief requested in this motion.

WHEREFORE, the Debtor, GLORIA HARDEMON, respectfully requests this Honorable Court to enter an order allowing the Debtor to use the cash collateral in the interim, to set a date for a final hearing on the use of cash collateral and for any other relief deemed necessary and just.

Respectfully submitted,
*/s/ Debra J. Vorhies Levine*

Debra J. Vorhies Levine
Law Offices of Debra V. Levine
53 W. Jackson Blvd., Suite 404
Chicago, IL  60604
(312) 259-5970
#6239484

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| GLORIA HARDEMON, | ) | NO.:  09-21014 |
| | ) | |
| DEBTOR. | ) | JUDGE:  A. BENJAMIN GOLDGAR |

### INTERIM ORDER ALLOWING USE OF CASH COLLATERAL

THIS MATTER COMING BEFORE THE COURT on Debtor's INTERIM MOTION TO USE CASH COLLATERAL, all parties having been given due notice and present or represented by council, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

A. The Debtor is authorized in the interim to use cash collateral in the amount of $3,075 to pay the ordinary expenses of the operation of the real property located at 8128-30 S. Maryland, Chicago, Illinois.from the rent proceeds generated from the real property in the manner described in the budget attached hereto as Exhibit A from the date of this order until the date of the final hearing set in Paragraph D of this interim order.

B. The Debtor is authorized in the interim to use cash collateral in the amount of $3,700 to pay the ordinary expenses of the operation of the real property located at 8527 S. Stony Island, Chicago, Illinois from the rent proceeds generated from the real property in the manner described in the budget attached hereto as Exhibit B from the date of this order until the date of the final hearing set in Paragraph D of this interim order.

C. The Debtor is authorized in the interim to use cash collateral in the amount of $2,088 to pay the ordinary expenses of the operation of the real property located at 321-27 E. 39th Street in Chicago, Illinois from the rent proceeds generated from the real property in the manner described in the budget attached hereto as Exhibit C from the date of this order until the date of the final hearing set in Paragraph D of this interim order.

D. This matter is set for a final hearing on September _____, 2009 at _____

DATED:_____    ENTER

_____
JUDGE

Debra Vorhies Levine
DVL Law Offices
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
#6239484